# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  JILL L. SHEFFER  
      481 EUGENE STREET  
      STOCKTON, IL  61085  

SSN-xxx-xx-0897

Case Number: 08-73124

Case filed on: 9/29/2008  
Plan Confirmed on:  
U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $710.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | LEGAL HELPERS, PC | 3,917.00 | 3,917.00 | 0.00 | 0.00 |
|  | Total Legal | 3,917.00 | 3,917.00 | 0.00 | 0.00 |
| 006 | CREDIT PROTECTION ASSOCIATION LP | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | GC SERVICES LIMITED PARTNERSHIP | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | RMA | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | INTERNAL REVENUE SERVICE | 6,954.61 | 6,954.61 | 0.00 | 0.00 |
| 014 | BRIAN ORMANIC | 2,425.00 | 25.55 | 0.00 | 0.00 |
|  | Total Priority | 9,379.61 | 6,980.16 | 0.00 | 0.00 |
| 999 | JILL L. SHEFFER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | WELLS FARGO AUTO FINANCE | 19,937.91 | 19,937.91 | 306.43 | 348.90 |
|  | Total Secured | 19,937.91 | 19,937.91 | 306.43 | 348.90 |
| 002 | INTERNAL REVENUE SERVICE | 733.37 | 7.33 | 0.00 | 0.00 |
| 003 | ECAST SETTLEMENT CORPORATION | 1,958.92 | 19.59 | 0.00 | 0.00 |
| 004 | CITIZENS AUTO FINANCE | 19,824.77 | 198.25 | 0.00 | 0.00 |
| 005 | COMCAST | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | MUTUAL MANAGEMENT SERVICES | 743.10 | 7.43 | 0.00 | 0.00 |
| 009 | FHN PHYSICIANS | 854.28 | 8.54 | 0.00 | 0.00 |
| 011 | HIGHLAND WOMENS CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | HOUSEHOLD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | BRIAN ORMANIC | 130.00 | 1.30 | 0.00 | 0.00 |
| 015 | OSF SPECIALTY CLINIC - GUILFORD SQUARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | PARK DANSAN COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | RETAIL SERVICES FOR PETLAND | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ROCKFORD ANESTHESIOLOGISTS ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ROCKFORD MERCANTILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ROCKFORD MERCANTILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | FHN MEMORIAL HOSPITAL | 119.16 | 1.19 | 0.00 | 0.00 |
|  | Total Unsecured | 24,363.60 | 243.63 | 0.00 | 0.00 |
|  | Grand Total: | 57,598.12 | 31,078.70 | 306.43 | 348.90 |

Total Paid Claimant:  $655.33  
Trustee Allowance:  $54.67  
Percent Paid Unsecured:  0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  03/26/2009        By  /s/Heather M. Fagan